| | |
|---|---|
| SOVEREIGN CAPITAL RESOURCES, LLC, a California limited liability company, <br><br> Plaintiff / Judgment Creditor, <br><br> vs. <br><br> ARMSTRONG SQUARE LIMITED PARTNERSHIP, a Maine limited partnership; ARMSTRONG SQUARE LLC, a Maine limited liability company; LANDMARK ILLINOIS LLC, an Illinois limited liability company; LANDMARK AMERICA LLC, a Maine limited liability company; K&B PROPERTIES, L.L.C., a Pennsylvania limited liability company; and PAMELA W. GLEICHMAN, an individual, <br><br> Defendants / Judgment Debtors. | Case No. CV 00-02919 MMM (RCx) <br><br> [PROPOSED] <br><br> **ORDER RE APPLICATION FOR AND RENEWAL OF JUDGMENT** <br><br> *NO HEARING REQUIRED* <br><br> THE HONORABLE MARGARET M. MORROW <br> United States District Judge <br> (Courtroom 780) |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ORDER RE APPLICATION FOR AND RENEWAL OF JUDGMENT

1  The Application ("Application") of Plaintiff / Judgment Creditor Sovereign Capital
2  Resources, LLC ("Sovereign Capital") for and Renewal of Judgment entered by this Court on
3  November 28, 2001 (the "Judgment") having been timely made, **IT IS HEREBY ORDERED**
4  as follows:

5  1. The Judgment is **RENEWED** as of the date of the original filing of the
6  Application in its entirety as originally entered on November 28, 2001, with the
7  exception that the monetary portion of the Judgment is renewed in the amount of
8  $642,051.58, which amount includes post-judgment interest pursuant to 28 U.S.C. §
9  1961, and as set forth in the Application and the supporting Declaration of Damon C.
10 Anastasia.

11 2. The "Notice of Renewal of Judgment" submitted by counsel for Sovereign
12 Capital with the Application is in the correct form and is **APPROVED**. The Clerk is directed to
13 sign and affix the Seal of this Court on the Notice of Renewal of Judgment, and thereafter, return
14 the same to counsel for Sovereign Capital for service on Judgment Debtors.

16 **IT IS SO ORDERED.**

18 Dated: November __11__, 2011
19    Nunc Pro Tunc

   THE HONORABLE MARGARET M. MORROW
   United States District Judge

21    Deputy Clerk

1 | Proposed Order Prepared and Respectfully Submitted by:

2 | **LANCASTER & ANASTASIA, LLP**
WILLIAM H. LANCASTER
3 | DAMON C. ANASTASIA

4

*/s/ Damon C. Anastasia*

5

By: _____
6 | DAMON C. ANASTASIA
Attorneys for Plaintiff / Judgment Creditor
7 | SOVEREIGN CAPITAL RESOURCES, LLC,
a California limited liability company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **PROOF OF SERVICE**

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES

☒ I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, Suite 2360, Los Angeles, California 90071-3425.

☐ I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Nationwide Legal, Inc., 1609 James M. Wood Boulevard, 2nd Floor, Los Angeles, California 90015.

On November 10, 2011, I served the following document(s) described as:

**[PROPOSED] ORDER RE
APPLICATION FOR AND RENEWAL OF JUDGMENT**

on the interested parties in this action as follows:

*See Attached Mailing List*

☐ ***BY U.S. MAIL:*** By placing ☐ the original / ☐ a true and correct copy of the above-described document(s) in a sealed envelope addressed to the party(ies) listed on the attached mailing list. I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ ***BY PERSONAL SERVICE:*** by personally delivering ☐ the original / ☐ a true and correct copy of the above-described document(s) by hand to the offices of the party(ies) listed on the attached mailing list.

☒ ***BY FEDERAL EXPRESS:*** by placing ☐ the original / ☒ a true and correct copy of the above-described document(s) in a sealed envelope with postage thereon fully prepaid, via FEDERAL EXPRESS, overnight delivery, at Los Angeles, California, in the ordinary course of business, addressed to the party(ies) listed on the attached mailing list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on November 10, 2011, at Los Angeles, California.

*/s/ Patricia Rivera*

*Patricia Rivera*

(1)

*Proof of Service List*
***Sovereign Capital Resources, LLC v. Armstrong Square Limited Partnership, et al.***
*United States District Court Case No. CV 00-02919 MMM (RCx)*

| | |
|---|---|
| R. Kevin Fisher, Esq.<br>FISHER & KREKORIAN<br>225 Santa Monica Boulevard, 12th Floor<br>Santa Monica, California 90401 | *Attorneys for Defendants/<br>Judgment Debtors<br>Armstrong Square Limited Partnership;<br>Armstrong Square LLC; Landmark Illinois<br>LLC; Landmark America LLC;<br>and Pamela Gleichman* |
| R. Kevin Fisher, Esq.<br>FISHER & KREKORIAN<br>P.O. Box 890<br>Santa Monica, California 90406 | *Attorneys for Defendants/<br>Judgment Debtors<br>Armstrong Square Limited Partnership;<br>Armstrong Square LLC; Landmark Illinois<br>LLC; Landmark America LLC;<br>and Pamela Gleichman* |
| Michael J. Gartland, Esq.<br>MARCUS CLEGG & MISTRETTA<br>East Tower<br>100 Middle Street<br>Portland, Maine 04101 | *Attorneys for Defendants/<br>Judgment Debtors<br>Armstrong Square Limited Partnership;<br>Armstrong Square LLC; Landmark Illinois<br>LLC; Landmark America LLC;<br>and Pamela Gleichman* |
| Michael J. Gartland, Esq.<br>DELCOTTO LAW GROUP PLLC<br>200 North Upper Street<br>Lexington, Kentucky 40507 | *Attorneys for Defendants/<br>Judgment Debtors<br>Armstrong Square Limited Partnership;<br>Armstrong Square LLC; Landmark Illinois<br>LLC; Landmark America LLC;<br>and Pamela Gleichman* |

(2)

PROOF OF SERVICE