1  WILLIAM H. LANCASTER (Bar No. 123031)
   (e-mail:  wlancaster@lancaster-anastasia.com)
2  DAMON C. ANASTASIA (Bar No. 162306)
   (e-mail:  danastasia@lancaster-anastasia.com)
3  **LANCASTER & ANASTASIA, LLP**
   12100 Wilshire Blvd., Suite 800
4  Los Angeles, California 90025
   Telephone:  (213) 232-1352
5  Facsimile:   (213) 232-1353

6  Attorneys for Plaintiff / Judgment Creditor
    Sovereign Capital Resources, LLC,
7  a California limited liability company

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  SOVEREIGN CAPITAL RESOURCES, LLC, a California limited liability company,   ) Case No.  CV 00-02919 MMM (RCx)
12                                                                              )
13                                                                              ) **[PROPOSED]**xx
14           Plaintiff / Judgment Creditor,                                     ) **RENEWAL OF JUDGMENT BY CLERK**
15                                                                              )
16     vs.                                                                      )
17                                                                              )
18  ARMSTRONG SQUARE LIMITED PARTNERSHIP, a Maine limited
19  partnership; ARMSTRONG SQUARE LLC, a Maine limited liability
20  company; LANDMARK ILLINOIS LLC, an Illinois limited liability
21  company; LANDMARK AMERICA LLC, a Maine limited liability
22  company; K&B PROPERTIES, L.L.C., a Pennsylvania limited liability
23  company; and PAMELA W. GLEICHMAN, an individual,
24
25
             Defendants / Judgment Debtors.
26
27
28

Based upon the Application for Renewal of Judgment of the original judgment (dkt 66) entered 11/28/2001 and Renewal of judgment entered Nunc Pro Tunc on 11/11/2011 (dkt 94), Judgment is entered in favor of Plaintiff/Judgment Creditor SOVEREIGN CAPITAL RESOURCES, LLC, a California limited liability company, and against Defendants/Judgment Debtors ARMSTRONG SQUARE LIMITED PARTNERSHIP, a Maine limited partnership; Armstrong Square LLC, a Maine limited liability company; LANDMARK ILLINOIS LLC, an Illinois limited liability company; LANDMARK AMERICA LLC, a Maine limited liability company; K&B PROPERTIES, L.L.C., a Pennsylvania limited liability company; and PAMELA W. GLEICHMAN, an individual.

Renewal of money judgment

| | | |
|---|---|---|
| a. Total Judgment | $ | 642,051.58 |
| b. Costs after judgment | $ | 00.00 |
| c. Subtotal *(add a and b)* | $ | 642,051.58 |
| d. Credits | $ | 00.00 |
| e. Subtotal *(subtract d from c)* | $ | 642,051.58 |
| f. Interest after judgment (See Ex. G and various other places in Application for Renewal of Judgment) | $ | 165,171.47 |
| g. Fee for filing renewal application | $ | 00.00 |
| h. **Total renewed judgment *(add e, f and g)*** | $ | 807,223.05 |

Dated: November 10, 2021    DEPUTY CLERK: *Sharon Hall Brown*

(1)